# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **SUZANNE SPENSLEY**, | )  |
| Plaintiff, | )  )  ) No. 2:15-cv-12866-DPH-APP |
| -vs- | )  ) Honorable Denise Page Hood |
| **FIRSTSOURCE ADVANTAGE, LLC,** **A NEW YORK LIMITED LIABILITY COMPANY**, | ) Mag. Judge Anthony P. Patti  )  )  ) |
| Defendant. | |

_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| */s/ Gary D. Nitzkin* | */s/ Anthony M. Sciara* |
| Gary D. Nitzkin (P41155) | Anthony M. Sciara (P75778) |
| Travis Shackelford (P68710) | HARVEY KRUSE, P.C. |
| MICHIGAN CONSUMER CREDIT LAWYERS | (Counsel for Defendant) |
| (Counsel for Plaintiff) | 1050 Wilshire Drive |
| 22142 West Nine Mile Road | Suite 320 |
| Southfield, Michigan 48033 | Troy, Michigan 48084 |
| (248) 353-2882 | (248) 649-7800 |
| gary@micreditlawyer.com | asciara@harveykruse.com |
| tshackelford@creditor-law.com | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE SPENSLEY, | ) |
| Plaintiff, | ) |
| | ) No. 2:15-cv-12866-DPH-APP |
| -vs- | ) |
| | ) Honorable Denise Page Hood |
| FIRSTSOURCE ADVANTAGE, LLC, | ) Mag. Judge Anthony P. Patti |
| Defendant. | ) |

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without fees or costs to either party.

Date: April 27, 2016

s/Denise Page Hood
Chief Judge, United States District Court